United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. **Debtor's name** | Ana M Garza, Inc. | |
| 2. **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | dba: Ana M Garza Bookkeeping Services | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 46-4605493 | |
| 4. **Debtor's address** | **Principal place of business** <br><br> 150 W. Kingsley Drive <br> Number    Street <br><br> Suite 522 <br><br> Garland    TX    75041 <br> City    State    ZIP Code <br><br> Dallas County <br> County | **Mailing address, if different from principal place of business** <br><br> _____ <br> Number    Street <br><br> _____ <br> P.O. Box <br><br> _____ <br> City    State    ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number    Street <br><br> _____ <br> City    State    ZIP Code |
| 5. **Debtor's website** (URL) | anagarzabookkeeping.com | |
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ | |

Debtor  Ana M Garza, Inc.    Case number (if known)_____
_____Name_____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
5412

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply*:

  ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____  When _____  Case number _____
                          MM / DD / YYYY
        District _____  When _____  Case number _____
                          MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes.  Debtor _____  Relationship _____
        District _____  When _____
                                MM / DD / YYYY
        Case number, if known _____

Debtor  Ana M Garza, Inc.  
      Name

Case number *(if known)*_____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No  
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.  
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____  
    Number    Street

_____

_____  
City    State    ZIP Code

**Is the property insured?**

☐ No  
☐ Yes. Insurance agency _____  
    Contact name _____  
    Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.  
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49  
☐ 50-99  
☐ 100-199  
☐ 200-999  
☐ 1,000-5,000  
☐ 5,001-10,000  
☐ 10,001-25,000  
☐ 25,001-50,000  
☐ 50,001-100,000  
☐ More than 100,000

**15. Estimated assets**

☑ $0-$50,000  
☐ $50,001-$100,000  
☐ $100,001-$500,000  
☐ $500,001-$1 million  
☐ $1,000,001-$10 million  
☐ $10,000,001-$50 million  
☐ $50,000,001-$100 million  
☐ $100,000,001-$500 million  
☐ $500,000,001-$1 billion  
☐ $1,000,000,001-$10 billion  
☐ $10,000,000,001-$50 billion  
☐ More than $50 billion

Debtor　Ana M Garza, Inc.　　　　　　　　　　　　　　　　　　Case number (*if known*)_____
　　　　　Name

| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☒ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/03/2019
　　　　　　 MM / DD / YYYY

✘ /s/ Terri Garza　　　　　　　　　　　　　　　　Terri Garza
Signature of authorized representative of debtor　　Printed name

Title President

**18. Signature of attorney**

✘ /s/ Robert DeMarco　　　　　　　　Date 11/03/2019
Signature of attorney for debtor　　　　　　MM / DD / YYYY

Robert DeMarco
Printed name
DeMarco Mitchell, PLLC
Firm name
1255 West 15th Street 805
Number　Street
Plano　　　　　　　　　　　　　　　TX　　75075
City　　　　　　　　　　　　　　　　State　ZIP Code

(972) 578-1400　　　　　　　　　　robert@demarcomitchell.com
Contact phone　　　　　　　　　　　Email address

24014543　　　　　　　　　　　　　TX
Bar number　　　　　　　　　　　　State

**Fill in this information to identify the case:**

Debtor name: Ana M Garza, Inc.

United States Bankruptcy Court for the: Northern District of Texas

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | 5 STAR BANK<br>3100 ZINFANDEL DR STE 100<br>Rancho Cordova, CA, 95670 | | Monies Loaned / Advanced | | | | 230,000.00 |
| 2 | FUNDING CIRCLE<br>P.O BOX 398976<br>San Francisco, CA, 94139 | | Monies Loaned / Advanced | | | | 136,125.00 |
| 3 | SWIFT FINANCIAL<br>3505 SILVERSIDE RD STE 200<br>Wilmington, DE, 19810 | | Monies Loaned / Advanced | | | | 108,868.84 |
| 4 | KABBAGE<br>730 PEACHTREE ST NE STE 1100<br>Atlanta, GA, 30308 | | Monies Loaned / Advanced | | | | 78,879.15 |
| 5 | CONSTAR FINANCIAL<br>10400 N 25TH AVE STE 100<br>Phoenix, AZ, 85021 | | Monies Loaned / Advanced | | | | 74,988.32 |
| 6 | BANK OF AMERICA CREDIT LINE<br>P.O BOX 25118<br>Tampa, FL, 33622 | | Monies Loaned / Advanced | | | | 29,582.30 |
| 7 | VERITEX<br>17950 PRESTON RD STE 500<br>Dallas, TX, 75252 | | Monies Loaned / Advanced | | | | 25,000.00 |
| 8 | BANK OF AMERICA TRAVEL CARD<br>P.O BOX 25118<br>Tampa, FL, 33622 | | Credit Card Debt | | | | 23,636.62 |

Debtor  Ana M Garza, Inc.
        Name

Case number (*if known*)_____

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | CAPITAL ONE P.O BOX 60599 City Of Industry, CA, 91716 | | Credit Card Debt | | | | 9,916.51 |
| 10 | AMERICAN EXPRESS BLUE P.O BOX 650448 Dallas, TX, 75265 | | Credit Card Debt | | | | 4,598.75 |
| 11 | AMERICAN EXPRESS P.O BOX 650448 Dallas, TX, 75265 | | Credit Card Debt | | | | 957.54 |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

**United States Bankruptcy Court**

**IN RE:**  Case No._____

Ana M Garza, Inc.
_____  Chapter  \_\_11_____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Cesar Garza 1913 Sterling Court, Rockwall, TX 75032 | 50 | Common stockholder |
| Terri Garza 150 W. Kingsley Drive Suite 522, Garland, TX 75041 | 50 | Common stockholder |

5 STAR BANK
3100 ZINFANDEL DR STE 100
Rancho Cordova, CA 95670


AMERICAN EXPRESS
P.O BOX 650448
Dallas, TX 75265


AMERICAN EXPRESS BLUE
P.O BOX 650448
Dallas, TX 75265


BANK OF AMERICA CREDIT LINE
P.O BOX 25118
Tampa, FL 33622


BANK OF AMERICA TRAVEL CARD
P.O BOX 25118
Tampa, FL 33622


CAPITAL ONE
P.O BOX 60599
City Of Industry, CA 91716


CONSTAR FINANCIAL
10400 N 25TH AVE STE 100
Phoenix, AZ 85021


Cesar Garza
1913 Sterling Court
Rockwall
TX 75032


FUNDING CIRCLE
P.O BOX 398976
San Francisco, CA 94139


KABBAGE
730 PEACHTREE ST NE STE 1100
Atlanta, GA 30308


Office of the Attorney General
Main Justice Building, Room 5111
10th & Constitution Avenue, N.W.
Washington, DC 20530


Office of the United States Attorney - TXNB
3rd Floor, 1100 Commerce Street
Dallas, TX 75242-1699

Office of the United States Trustee - TXNB
1100 Commerce Street, Room 976
Dallas, TX 75242-1699


SWIFT FINANCIAL
3505 SILVERSIDE RD STE 200
Wilmington, DE 19810


State Comptroller of Public Accounts
Revenue Accounting Division - Bankruptcy
P.O. Box 13528
Austin, TX 78711


Terri Garza
150 W. Kingsley Drive
Suite 522
Garland
TX 75041


Texas Attorney General?s Office
Bankruptcy-Collections Division
P.O. Box 12548


Texas Workforce Commission
TEC Building - Bankruptcy
101 East 15th Street
Austin, TX 78778


VERITEX
17950 PRESTON RD STE 500
Dallas, TX 75252

United States Bankruptcy Court
Northern District of Texas

In re: Ana M Garza, Inc.

Case No.

Chapter 11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 11/03/2019

/s/ Terri Garza
Signature of Individual signing on behalf of debtor

President
Position or relationship to debtor